IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HOLGER FIALLO,<br><br>    Plaintiff,<br><br> v.<br><br>LAND OF A THOUSAND HILLS COFFEE SHOP, LLC,<br><br>    Defendant. | Case No. 1:24-cv-03688 |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, HOLGER FIALLO, and Defendant, LTH COFFEE LTD. CO., incorrectly named as LAND OF A THOUSAND HILLS COFFEE SHOP, LLC, by and through their undersigned counsel, hereby stipulate that:

1. This action shall be DISMISSED, with prejudice, as between all parties;

2. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action, and;

3. No party hereto is an infant or incompetent.

Dated: October 28, 2024

| | |
|---|---|
| NYE, STIRLING, HALE, MILLER & SWEET, LLP | GREENBERG TRAURIG, LLP |
| By: _/s/ Benjamin J. Sweet_<br>Benjamin J. Sweet (PA Bar No. 87338)<br>101 Pennsylvania Blvd., Suite 2<br>Pittsburgh, Pennsylvania 15228<br>Tel: (412) 857-5350<br>ben@nshmlaw.com | By: _/s/ Aaron S. Klein_<br>Aaron S. Klein<br>77 W. Wacker Drive, Suite 3100<br>Chicago, Illinois 60601<br>Tel: (312) 456-8400<br>Aaron.Klein@gtlaw.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

**CERTIFICATE OF SERVICE**

    I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants this 28th day of October, 2024.

                                                     */s/ Benjamin J. Sweet*
                                                     Benjamin J. Sweet